UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                             Case No.: 2:09−bk−21818−RTB

   KATHERINE CHRISTENSEN                    Chapter: 7
*Debtor(s)*

---

   KATHERINE CHRISTENSEN                    Adversary No.: 2:09−ap−01359−RTB
*Plaintiff(s)*

*v.*

   BANK OF AMERICA
*Defendant(s)*

## **ALIAS SUMMONS IN AN ADVERSARY PROCEEDING**

   **YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
|---|---|

   At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| Name and Address of Plaintiff's Attorney | KATHERINE CHRISTENSEN 1134 W. GRAND CAYMEN DRIVE<br>GILBERT, AZ 85233 |
|---|---|

( Summons continued on next page )

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: October 30, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**



# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: medinad          Page 1 of 1          Date Rcvd: Oct 30, 2009
Case: 09-01359                Form ID: pdf008        Total Noticed: 1

The following entities were noticed by first class mail on Nov 01, 2009.
 pla          +KATHERINE CHRISTENSEN,   1134 W. GRAND CAYMEN DRIVE,   GILBERT, AZ 85233-7523
The following entities were noticed by electronic transmission.
NONE.                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2009**          Signature:  *Joseph Speetjens*