Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
PRO SE

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| | ADVERSARY 09-ap-01359-RTB |
| Katherine Christensen | CHAPTER 7 |
| Plaintiff, Real Party in Interest | |
| V. | ORDER FOR DEFAULT AND |
| BANK OF AMERICA | DEFAULT JUDGMENT |
| its successors and/or assigns | |
| Defendant | |
| | Assigned to Hon. Redfield T. Baum |

IT IS HEREBY ORDERED that upon good cause appearing judgment as follows is

ordered:

1. That a default judgment in favor of the Plaintiff be entered.

2. That the Defendant immediately reconvey unencumbered and clear title of subject property back to the Plaintiff Katherine Christensen.

IT IS SO ORDERED

DATED: December 15, 2009

_____
Judge Redfield T. Baum

ORDER FOR DEFAULT JUDGMENT-BofA　　　　　　　　　　　　　　　　　　　PAGE 1 of 1
Case 2:09-ap-01359-RTB　　Doc 10　　Filed 12/15/09　　Entered 12/16/09 14:50:54　　Desc
Main Document　　Page 1 of 1

12/16/2009