UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

FILED SAC
RECEIVED
2010 JAN 14 P 2:50
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-21818-RTB

KATHERINE CHRISTENSEN  Chapter: 7
*Debtor(s)*

---

KATHERINE CHRISTENSEN  Adversary No.: 2:09-ap-01359-RTB
*Plaintiff(s)*

v.

BANK OF AMERICA
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __Thomas-Ford McFadden__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __November 4, 2009__ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

**BANK OF AMERICA**
100 N. TRYON STREET
BANK OF AMERICA CORP CENTER
CHARLOTTE, N.C. 28255

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: *November 4, 2009*    By: *Thomas-Ford: McFadden* *All rights invoked and reserved*
(Signature)

*Thomas Ford: McFadden*
(Print Name)

_____
(Business Address)

_____
(City, State, Zip Code)

# EVIDENCE OF SERVICE

True unaltered copy of receipt for    ☐ United States Certified Mail    ☐ Return Receipt Requested
                                       ☐ United States Express Mail    ☐ Postal Service receipt for currency

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHARLOTTE NC 28255

| | | |
|---|---|---|
| Postage | $0.61 | 0200 |
| Certified Fee | $2.80 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.71 | 11/04/2009 |

Sent To: **BANK OF AMERICA**
Street, Apt. No. or PO Box No.: 100 N. TRYON STREET
City, State, ZIP: BANK OF AMERICA CORP CENTER
CHARLOTTE, N.C. 28255

PS Form 3800, August 2006     See Reverse for Instructions

7009 0080 0002 0454 2142

"adversarial summons"

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BANK OF AMERICA
100 N. TRYON STREET
BANK OF AMERICA CORP CENTER
CHARLOTTE, N.C. 28255

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0002 0454 2142

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

State of _____ )
                           ) ss.:            **COPY CERTIFICATION**
County of _____ )

On this _____ day of _____, 20_____, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_____     _____ (Seal)
**NOTARY PUBLIC**                                          DATE

My commission expires: _____, 20_____    (Stamp)

 **UNITED STATES POSTAL SERVICE**                                                                                    Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0080 0002 0454 2142**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
         **Return Receipt**
Status: **Delivered**

Your item was delivered at 10:32 PM on November 8, 2009 in CHARLOTTE, NC 28255.

Detailed Results:

- **Delivered, November 08, 2009, 10:32 pm, CHARLOTTE, NC 28255**
- **Arrival at Unit, November 06, 2009, 10:42 pm, CHARLOTTE, NC 28228**
- **Acceptance, November 04, 2009, 4:15 pm, CHANDLER, AZ 85225**

---

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy      Terms of Use     Business Customer Gateway 

Copy

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

RECEIVED
2009 OCT 15 PM 2: 55
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re: ) CASE NO. 09-21818
)
KATHERINE CHRISTENSEN )
Plaintiff ) MOTION FOR COMMENCEMENT
V. ) OF ADVERSARIAL PROCEEDING
)
BANK OF AMERICA its assignees )
and/or successors )
Defendant )
_____)

Plaintifff KATHERINE CHRISTENSEN, respectfully submits this MOTION FOR COMMENCEMENT OF ADVERSARIAL PROCEEDING. Plaintiff objects to any and all claims because BANK OF AMERICA Defendant has never produced the original note or responded to any lawful requests submitted under Notary Seal and Presentment for debt validation as per Title 12 and Title 15. To begin the Adversarial Proceeding Plaintiff requests Discovery starting from when the account was at $0 until the present. Defendant's forensic accounting should state everything that is in their records, including but not limited to everything that has been withheld from Plaintiff.

DATED: October 15, 2009

_____
Katherine Christensen